THIS OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State, Respondent,
v.
Quancy Christopher McNeil, Appellant.
 
 
 

Appeal From York County
 John C. Hayes, III, Circuit Court Judge

Unpublished Opinion No. 2005-UP-263
Submitted April 1, 2005  Filed April 8, 2005

APPEAL DISMISSED

 
 
 
Assistant Appellate Defender Robert M. Dudek, of Columbia, for Appellant.
Attorney General Henry D. McMaster, Chief Deputy Attorney General John W. McIntosh, and Assistant Deputy Attorney General Salley W. Elliott, all of Columbia; and Solicitor Thomas E. Pope, of York, for Respondent.
 
 
 

PER CURIAM:  Quancy Christopher McNeil pled guilty to involuntary manslaughter and possession of a pistol by someone under the age of twenty-one.  He was sentenced to five years for involuntary manslaughter and five years, consecutive, for possession of a pistol.  He appeals.  
Pursuant to Anders v. California, 386 U.S. 738 (1967), counsel for McNeil attached to the final brief a petition to be relieved as counsel, stating he had reviewed the record and concluded that McNeils appeal is without legal merit sufficient to warrant a new trial.  McNeil did not file a separate pro se response.  
After thorough review of the record pursuant to Anders and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and grant counsels petition to be relieved.  
 APPEAL DISMISSED.[1]
ANDERSON, BEATTY, and SHORT, JJ., concur.

[1] Because oral argument would not aid the court in resolving the issues on appeal, we decide this case without oral argument pursuant to Rule 215, SCACR.